IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | |
|---|---|
| Everbank<br>301 West Bay Street<br>Jacksonville, Florida 32202<br><br>       Plaintiff<br>vs.<br><br>Jonna Washington<br>1045 Church Avenue<br>Cincinnati, OH 45246<br><br>Unknown Spouse (if any) of Jonna<br>Washington<br>1045 Church Avenue<br>Cincinnati, OH 45246<br><br>People Working Cooperatively, Inc., an<br>Ohio non-for-profit Corporation<br>c/o Jock J Pitts, as Registered Agent<br>1212 Tennessee Avenue<br>Cincinnati, OH 45229<br><br>Manorcare Inc., dba Heartland of<br>Woodridge<br>c/o Manor Care Of Akron Oh, LLC, as<br>Registered Agent<br>333 North Summit Street<br>Toledo, OH 43604<br><br>State of Ohio, Department of Taxation<br>c/o Ohio Attorney General<br>150 East Gay Street<br>21st Floor<br>Columbus, OH 43215<br><br>       Defendants. | Case No.<br><br>Judge<br><br>**COMPLAINT FOR FORECLOSURE** |

13-013548_SPK2

C2

# Exhibit C

## Background

1. Janet Washington executed the promissory note (the "Note") that is the subject of this action. See the attached exhibit.

2. Attached hereto as an exhibit is a copy of the mortgage (the "Mortgage") that was validly executed in connection with the execution of the Note. The parties to the Mortgage intended that it attach to the entire fee simple interest in the property.

3. The Mortgage was recorded July 16, 2002 as Official Records Volume 8966, Page 3848, Hamilton County, Ohio records.

4. The Mortgage is a lien on the property (the "Property") described more fully in the attached Mortgage.

5. The Note and Mortgage are in default. Plaintiff has satisfied all conditions precedent and has declared the entire balance due and payable.

## COUNT ONE

6. Plaintiff incorporates each of the preceding allegations into Count One by reference.

7. Janet Washington is deceased. As a result, Plaintiff is not seeking a personal judgment against the foregoing defendant but is seeking instead to enforce its security interest. Because the Note has been accelerated and is in default, Plaintiff is entitled to recover from the sale of the Property the principal in the amount of $99,198.86, plus interest on the outstanding principal balance at the rate of 7.375% per annum from January 1, 2013, plus late charges and advances and all costs and expenses incurred for the enforcement of the Note and Mortgage, except to the extent the payment is prohibited by Ohio law.

8. Plaintiff is a person entitled to enforce the Note, pursuant to Section 1303.31 of the Ohio Revised Code, and the Mortgage was given to secure the Note.

13-013548_SPK2

## COUNT TWO

9. Plaintiff incorporates each of the preceding allegations into Count Two by reference.

10. The Mortgage is a valid and subsisting lien on the Property, subject only to any lien that may be held by the County Treasurer that has priority over the Mortgage as a matter of law.

11. By reason of default, Plaintiff is entitled to a decree foreclosing the Mortgage.

12. The Preliminary Judicial Report attached to this Complaint as an exhibit refers to other persons, if any, who are named as defendants in this action. Said other persons are named as defendants in this action solely because they may have or claim an interest in the Property.

## PRAYER FOR RELIEF

13. Plaintiff prays for the following relief:

    - a finding of default on the note in the amount of $99,198.86, plus interest on the outstanding principal balance at the rate of 7.375% per annum from January 1, 2013, plus late charges and advances and all costs and expenses incurred for the enforcement of the Note and Mortgage except to the extent the payment is prohibited by Ohio law;

    - a finding that the Mortgage is a valid and subsisting lien on the Property, subject only to any lien that may be held by the County Treasurer that has priority over the Mortgage as a matter of law;

    - an order (1) foreclosing the equity of redemption and dower of all defendants named in this action, (2) requiring that the Property be sold free and clear of all liens, interests, and dower, (3) requiring all defendants to set up their liens or

13-013548_SPK2

interest in the Property or be forever barred from asserting such liens or interests, (4) requiring that the proceeds of the sale of the Property be applied to pay all amounts due Plaintiff, and (5) granting Plaintiff all other relief, legal and equitable, as may be proper and necessary, including, for example, a writ of possession.

Respectfully submitted,

_____
Lynn A. Busch-Heyman (0080593)
John R. Cummins (0036811)
Nicholas M. Smith (0076848)
Gail C. Hersh, Jr. (0058654)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: lab@manleydeas.com
Attorney for Plaintiff

\*Please note: The documents attached hereto may have been redacted to remove personal information and personal identifiers, such as financial account information, social security numbers, dates of birth, and similar information to further protect the privacy of borrowers and mortgagors.

13-013548_SPK2