**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jonna Washington | : | |
| | : | Case No. 15-cv-00354 |
| Plaintiff, | : | |
| | : | Judge Sandra S. Beckwith |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| Green Tree Servicing LLC, et al. | : | JURY DEMAND ENDORSE HEREON |
| | : | |
| Defendants. | : | |

## ANSWER OF GREEN TREE SERVICING LLC

Now come Defendants, Everbank and Green Tree Servicing LLC (hereinafter collectively referred to as "Green Tree"), by and through counsel, and for their Answer to Plaintiff's Complaint states as follows:

## FIRST DEFENSE

1.      Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 1 of Plaintiff's Complaint and, therefore, denies the same.

2.      Defendant Green Tree admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.      Defendant Green Tree admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.      Defendant Green Tree denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.      Defendant Green Tree denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendant Green Tree denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant Green Tree denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 8 of Plaintiff's Complaint and, therefore, denies the same.

9. Defendant Green Tree denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 10 of Plaintiff's Complaint and, therefore, denies the same.

11. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 11 of Plaintiff's Complaint and, therefore, denies the same.

12. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 12 of Plaintiff's Complaint and, therefore, denies the same.

## JURISDICTION & VENUE

13. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

14. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

15.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

16.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

17.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

18.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

## PARTIES

19.     Defendant Green Tree denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.     Defendant Green Tree denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 21 of Plaintiff's Complaint and, therefore, denies the same.

22.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 22 of Plaintiff's Complaint and, therefore, denies the same.

23.     Defendant Green Tree admits the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.     Defendant Green Tree denies the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

26.     Defendant Green Tree denies the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27.     Defendant Green Tree denies the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

29.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

30.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 30 of Plaintiff's Complaint and, therefore, denies the same.

31.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 31 of Plaintiff's Complaint and, therefore, denies the same.

32.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 32 of Plaintiff's Complaint and, therefore, denies the same.

33.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 33 of Plaintiff's Complaint and, therefore, denies the same.

34.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 34 of Plaintiff's Complaint and, therefore, denies the same.

35.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

36.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

37.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

38.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 38 of Plaintiff's Complaint and, therefore, denies the same.

39.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

40.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

41.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 41 of Plaintiff's Complaint and, therefore, denies the same.

42.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 42 of Plaintiff's Complaint and, therefore, denies the same.

43.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

44. Defendant Green Tree denies the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45. Defendant Green Tree denies the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. Defendant Green Tree denies the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47. Defendant Green Tree denies the allegations contained in Paragraph 47 of Plaintiff's Complaint.

48. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

49. Defendant Green Tree denies the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50. Defendant Green Tree denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

52. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

53. Defendant Green Tree denies the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

55. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

56. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

57. The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

## FACTUAL ALLEGATIONS

58. Paragraph 58 of Plaintiff's Complaint calls for neither an admission nor denial. In the event that an admission or denial is requested Green Tree denies the same.

59. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 59 of Plaintiff's Complaint and, therefore, denies the same.

60. Defendant Green Tree denies the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61. Defendant Green Tree denies the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62. Defendant Green Tree denies the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63. Defendant Green Tree denies the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64. Defendant Green Tree denies the allegations contained in Paragraph 64 of Plaintiff's Complaint.

65. Defendant Green Tree admits the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66. Defendant Green Tree denies the allegations contained in Paragraph 66 of Plaintiff's Complaint.

67. The statement contained in paragraph 67 of Plaintiff's Complaint state a legal or factual conclusion and, therefore, no response is required. In the event that a response is required Green Tree denies the same.

68. Defendant Green Tree denies the allegations contained in Paragraph 68 of Plaintiff's Complaint.

69. Defendant Green Tree denies the allegations contained in Paragraph 69 of Plaintiff's Complaint.

70. Defendant Green Tree denies the allegations contained in Paragraph 70 of Plaintiff's Complaint.

71. Defendant Green Tree denies the allegations contained in Paragraph 71 of Plaintiff's Complaint.

72. Defendant Green Tree denies the allegations contained in Paragraph 72 of Plaintiff's Complaint.

73. Defendant Green Tree denies the allegations contained in Paragraph 73 of Plaintiff's Complaint.

74. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 74 of Plaintiff's Complaint and, therefore, denies the same.

75. Defendant Green Tree denies the allegations contained in Paragraph 75 of Plaintiff's Complaint.

76. Defendant Green Tree denies the allegations contained in Paragraph 76 of Plaintiff's Complaint.

77. Defendant Green Tree denies the allegations contained in Paragraph 77 of Plaintiff's Complaint.

78. Defendant Green Tree denies the allegations contained in Paragraph 78 of Plaintiff's Complaint.

79. Defendant Green Tree denies the allegations contained in Paragraph 79 of Plaintiff's Complaint.

80. Defendant Green Tree denies the allegations contained in Paragraph 80 of Plaintiff's Complaint.

81. Defendant Green Tree denies the allegations contained in Paragraph 81 of Plaintiff's Complaint.

82. Defendant Green Tree admits the allegations contained in Paragraph 82 of Plaintiff's Complaint.

83. Defendant Green Tree denies the allegations contained in Paragraph 83 of Plaintiff's Complaint.

84. Defendant Green Tree denies the allegations contained in Paragraph 84 of Plaintiff's Complaint.

85. Defendant Green Tree denies the allegations contained in Paragraph 85 of Plaintiff's Complaint.

86. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 86 of Plaintiff's Complaint and, therefore, denies the same.

87. Defendant Green Tree denies the allegations contained in Paragraph 87 of Plaintiff's Complaint.

88. Defendant Green Tree denies the allegations contained in Paragraph 88 of Plaintiff's Complaint.

89. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 88 of Plaintiff's Complaint and, therefore, denies the same.

90. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 90 of Plaintiff's Complaint and, therefore, denies the same.

91. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 91 of Plaintiff's Complaint and, therefore, denies the same.

92. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 92 of Plaintiff's Complaint and, therefore, denies the same.

93. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 93 of Plaintiff's Complaint and, therefore, denies the same.

94. Defendant Green Tree denies the allegations contained in Paragraph 94 of Plaintiff's Complaint.

95. Defendant Green Tree denies the allegations contained in Paragraph 95 of Plaintiff's Complaint.

96. Defendant Green Tree denies the allegations contained in Paragraph 96 of Plaintiff's Complaint.

97. Paragraph 97 of Plaintiff's Complaint calls for neither an admission nor denial. The letter that Plaintiff is referring to speaks for its self. In the event that an admission or denial is requested Green Tree denies the same.

98. Paragraph 98 calls for neither an admission nor denial. The letter that Plaintiff is referring to speaks for its self. In the event that an admission or denial is requested Green Tree denies the same.

99. Defendant Green Tree denies the allegations contained in Paragraph 99 of Plaintiff's Complaint.

100. Defendant Green Tree denies the allegations contained in Paragraph 100 of Plaintiff's Complaint.

101. Defendant Green Tree denies the allegations contained in Paragraph 101 of Plaintiff's Complaint.

102. Defendant Green Tree denies the allegations contained in Paragraph 102 of Plaintiff's Complaint.

103. Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 103 of Plaintiff's Complaint and, therefore, denies the same.

104. Defendant Green Tree denies the allegations contained in Paragraph 104 of Plaintiff's Complaint.

105. Defendant Green Tree denies the allegations contained in Paragraph 105 of Plaintiff's Complaint.

106. Defendant Green Tree denies the allegations contained in Paragraph 106 of Plaintiff's Complaint.

107. Defendant Green Tree denies the allegations contained in Paragraph 107 of Plaintiff's Complaint.

108. Defendant Green Tree denies the allegations contained in Paragraph 108 of Plaintiff's Complaint.

109. Defendant Green Tree denies the allegations contained in Paragraph 109 of Plaintiff's Complaint.

110. Defendant Green Tree denies the allegations contained in Paragraph 110 of Plaintiff's Complaint.

111. Defendant Green Tree denies the allegations contained in Paragraph 111 of Plaintiff's Complaint.

112. Defendant Green Tree denies the allegations contained in Paragraph 112 of Plaintiff's Complaint.

113. Defendant Green Tree denies the allegations contained in Paragraph 113 of Plaintiff's Complaint.

114. Defendant Green Tree denies the allegations contained in Paragraph 114 of Plaintiff's Complaint.

115. Defendant Green Tree denies the allegations contained in Paragraph 115 of Plaintiff's Complaint.

116. Defendant Green Tree denies the allegations contained in Paragraph 116 of Plaintiff's Complaint.

117. Defendant Green Tree denies the allegations contained in Paragraph 117 of Plaintiff's Complaint.

118. Defendant Green Tree denies the allegations contained in Paragraph 118 of Plaintiff's Complaint.

119. Defendant Green Tree denies the allegations contained in Paragraph 119 of Plaintiff's Complaint.

120. Defendant Green Tree denies the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121.     Defendant Green Tree denies the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122.     Defendant Green Tree denies the allegations contained in Paragraph 122 of Plaintiff's Complaint.

123.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 123 of Plaintiff's Complaint and, therefore, denies the same.

124.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 124 of Plaintiff's Complaint and, therefore, denies the same.

125.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 125 of Plaintiff's Complaint and, therefore, denies the same.

126.     Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 126 of Plaintiff's Complaint and, therefore, denies the same.

127.     Defendant Green Tree denies the allegations contained in Paragraph 127 of Plaintiff's Complaint.

128.     Defendant Green Tree denies the allegations contained in Paragraph 128 of Plaintiff's Complaint.

129.     Defendant Green Tree denies the allegations contained in Paragraph 129 of Plaintiff's Complaint.

130.     Paragraph 130 of Plaintiff's Complaint calls for neither an admission nor denial. In the event that an admission or denial is requested Green Tree denies the same.

# V. COUNT ONE - RESPA

131.     Paragraph 131 calls for neither an admission nor denial. In the event that an admission or denial is required Green Tree denies the same.

132.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

133.     The statements contained in this paragraph state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

134.     Defendant Green Tree denies the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135.     Defendant Green Tree denies the allegations contained in Paragraph 135 of Plaintiff's Complaint.

136.     Defendant Green Tree denies the allegations contained in Paragraph 136 of Plaintiff's Complaint.

137.     Defendant Green Tree denies the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138.     Defendant Green Tree denies the allegations contained in Paragraph 138 of Plaintiff's Complaint.

139.     Defendant Green Tree denies the allegations contained in Paragraph 139 of Plaintiff's Complaint.

140.     Defendant Green Tree denies the allegations contained in Paragraph 140 of Plaintiff's Complaint.

141.     Defendant Green Tree denies the allegations contained in Paragraph 141 of Plaintiff's Complaint.

142.     Defendant Green Tree denies the allegations contained in Paragraph 142 of Plaintiff's Complaint.

143.     Defendant Green Tree denies the allegations contained in Paragraph 143 of Plaintiff's Complaint.

144.     Defendant Green Tree denies the allegations contained in Paragraph 144 of Plaintiff's Complaint.

145.     Defendant Green Tree denies the allegations contained in Paragraph 145 of Plaintiff's Complaint.

146.     Defendant Green Tree denies the allegations contained in Paragraph 146 of Plaintiff's Complaint.

147.     Defendant Green Tree denies the allegations contained in Paragraph 147 of Plaintiff's Complaint.

148.     Defendant Green Tree denies the allegations contained in Paragraph 148 of Plaintiff's Complaint.

149.     Defendant Green Tree denies the allegations contained in Paragraph 149 of Plaintiff's Complaint.

150.     Defendant Green Tree denies the allegations contained in Paragraph 150 of Plaintiff's Complaint.

151.     Defendant Green Tree denies the allegations contained in Paragraph 151 of Plaintiff's Complaint.

152.     Defendant Green Tree denies the allegations contained in Paragraph 152 of Plaintiff's Complaint.

153.     Defendant Green Tree denies the allegations contained in Paragraph 153 of Plaintiff's Complaint.

154.    Defendant Green Tree denies the allegations contained in Paragraph 154 of Plaintiff's Complaint.

155.    Defendant Green Tree denies the allegations contained in Paragraph 155 of Plaintiff's Complaint.

156.    Defendant Green Tree denies the allegations contained in Paragraph 156 of Plaintiff's Complaint.

157.    Defendant Green Tree denies the allegations contained in Paragraph 157 of Plaintiff's Complaint.

158.    Defendant Green Tree denies the allegations contained in Paragraph 158 of Plaintiff's Complaint.

159.    Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 159 of Plaintiff's Complaint and, therefore, denies the same.

160.    Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 160 of Plaintiff's Complaint and, therefore, denies the same.

161.    Defendant Green Tree denies the allegations contained in Paragraph 161 of Plaintiff's Complaint.

162.    Defendant Green Tree denies the allegations contained in Paragraph 162 of Plaintiff's Complaint.

163.    Defendant Green Tree denies the allegations contained in Paragraph 163 of Plaintiff's Complaint.

164.    Defendant Green Tree denies the allegations contained in Paragraph 164 of Plaintiff's Complaint.

165.    Defendant Green Tree denies the allegations contained in Paragraph 165 of Plaintiff's Complaint.

166.    The statement contained in Paragraph 166 of Plaintiff's Complaint state a legal conclusion and, therefore, required no response. In the event a response is required Green Tree denies the same.

167.    The statement contained in Paragraph 167 of Plaintiff's Complaint state a legal conclusion and, therefore, required no response. In the event a response is required Green Tree denies the same.

168.    The statement contained in Paragraph 168 of Plaintiff's Complaint state a legal conclusion and, therefore, required no response. In the event a response is required Green Tree denies the same.

169.    The statement contained in Paragraph 169 of Plaintiff's Complaint state a legal conclusion and, therefore, required no response. In the event a response is required Green Tree denies the same.

170.    Defendant Green Tree denies the allegations contained in Paragraph 170 of Plaintiff's Complaint.

## VI. COUNT TWO - FDCPA

171.    Paragraph 171 calls for neither an admission nor denial. In the event that an admission or denial is required Green Tree denies the same.

172.    Defendant Green Tree denies the allegations contained in Paragraph 172 of Plaintiff's Complaint.

173.    Defendant Green Tree denies the allegations contained in Paragraph 173 of Plaintiff's Complaint.

174.     Defendant Green Tree denies the allegations contained in Paragraph 174 of Plaintiff's Complaint.

175.     Defendant Green Tree denies the allegations contained in Paragraph 175 of Plaintiff's Complaint.

176.     Defendant Green Tree denies the allegations contained in Paragraph 176 of Plaintiff's Complaint.

177.     Defendant Green Tree denies the allegations contained in Paragraph 177 of Plaintiff's Complaint.

178.     Defendant Green Tree denies the allegations contained in Paragraph 178 of Plaintiff's Complaint.

179.     Defendant Green Tree denies the allegations contained in Paragraph 179 of Plaintiff's Complaint.

180.     Defendant Green Tree denies the allegations contained in Paragraph 180 of Plaintiff's Complaint.

181.     Defendant Green Tree denies the allegations contained in Paragraph 181 of Plaintiff's Complaint.

182.     Defendant Green Tree denies the allegations contained in Paragraph 182 of Plaintiff's Complaint.

183.     Defendant Green Tree denies the allegations contained in Paragraph 183 of Plaintiff's Complaint.

184.     Defendant Green Tree denies the allegations contained in Paragraph 184 of Plaintiff's Complaint.

185.     Defendant Green Tree denies the allegations contained in Paragraph 185 of Plaintiff's Complaint.

186. Defendant Green Tree denies the allegations contained in Paragraph 186 of Plaintiff's Complaint.

187. Defendant Green Tree denies the allegations contained in Paragraph 187 of Plaintiff's Complaint.

188. Defendant Green Tree denies the allegations contained in Paragraph 188 of Plaintiff's Complaint.

189. Defendant Green Tree denies the allegations contained in Paragraph 189 of Plaintiff's Complaint.

190. Defendant Green Tree denies the allegations contained in Paragraph 190 of Plaintiff's Complaint.

191. Defendant Green Tree denies the allegations contained in Paragraph 191 of Plaintiff's Complaint.

192. Defendant Green Tree denies the allegations contained in Paragraph 192 of Plaintiff's Complaint.

193. Defendant Green Tree denies the allegations contained in Paragraph 193 of Plaintiff's Complaint.

194. The statement contained in Paragraph 194 of Plaintiff's Complaint state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

195. Defendant Green Tree denies the allegations contained in Paragraph 195 of Plaintiff's Complaint.

196. Defendant Green Tree denies the allegations contained in Paragraph 196 of Plaintiff's Complaint.

197.    The statement contained in Paragraph 197 of Plaintiff's Complaint state a legal conclusion and, therefore, requires no response. In the event a response is required Green Tree denies the same.

198.    Defendant Green Tree denies the allegations contained in Paragraph 198 of Plaintiff's Complaint.

199.    Paragraph 199 of Plaintiff's Complaint calls for neither an admission nor denial. In the event that an admission or denial is requested Green Tree denies the same.

## FRAUD

200.    Defendant Green Tree denies the allegations contained in Paragraph 200 of Plaintiff's Complaint.

201.    Defendant Green Tree denies the allegations contained in Paragraph 201 of Plaintiff's Complaint.

202.    Defendant Green Tree denies the allegations contained in Paragraph 202 of Plaintiff's Complaint.

203.    Defendant Green Tree denies the allegations contained in Paragraph 203 of Plaintiff's Complaint.

204.    Defendant Green Tree denies the allegations contained in Paragraph 204 of Plaintiff's Complaint.

205.    Defendant Green Tree denies the allegations contained in Paragraph 205 of Plaintiff's Complaint.

206.    Defendant Green Tree denies the allegations contained in Paragraph 206 of Plaintiff's Complaint.

207.    Defendant Green Tree denies the allegations contained in Paragraph 207 of Plaintiff's Complaint.

208.    Defendant Green Tree denies the allegations contained in Paragraph 208 of Plaintiff's Complaint.

209.    Defendant Green Tree denies the allegations contained in Paragraph 209 of Plaintiff's Complaint.

210.    Defendant Green Tree denies the allegations contained in Paragraph 210 of Plaintiff's Complaint.

211.    Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 211 of Plaintiff's Complaint and, therefore, denies the same.

212.    Defendant Green Tree denies the allegations contained in Paragraph 212 of Plaintiff's Complaint.

213.    Defendant Green Tree denies the allegations contained in Paragraph 213 of Plaintiff's Complaint.

214.    Defendant Green Tree denies the allegations contained in Paragraph 214 of Plaintiff's Complaint.

215.    Defendant Green Tree denies the allegations contained in Paragraph 215 of Plaintiff's Complaint.

216.    Defendant Green Tree denies the allegations contained in Paragraph 216 of Plaintiff's Complaint.

217.    Defendant Green Tree denies the allegations contained in Paragraph 217 of Plaintiff's Complaint.

218.    Defendant Green Tree denies the allegations contained in Paragraph 218 of Plaintiff's Complaint.

219.    Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 219 of Plaintiff's Complaint and, therefore, denies the same.

220.    Defendant Green Tree is without knowledge or information sufficient to form a belief as to the truth to the allegations contained in paragraph 220 of Plaintiff's Complaint and, therefore, denies the same.

221.    Defendant Green Tree denies the allegations contained in Paragraph 221 of Plaintiff's Complaint.

222.    Defendant Green Tree denies the allegations contained in Paragraph 222 of Plaintiff's Complaint.

223.    Defendant Green Tree denies the allegations contained in Paragraph 223 of Plaintiff's Complaint.

224.    Defendant Green Tree denies the allegations contained in Paragraph 224 of Plaintiff's Complaint.

225.    Defendant Green Tree denies the allegations contained in Paragraph 225 of Plaintiff's Complaint.

226.    Defendant Green Tree denies the allegations contained in Paragraph 226 of Plaintiff's Complaint.

227.    Defendant Green Tree denies the allegations contained in Paragraph 227 of Plaintiff's Complaint.

## SECOND DEFENSE

228.  Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**THIRD DEFENSE**

229.   Plaintiff has failed to name all reasonable and necessary parties pursuant to FRCP Rule 19 and 19.1.

**FOURTH DEFENSE**

230.  Plaintiff's Complaint fails comply with the applicable statute of limitations.

**FIFTH DEFENSE**

231.  Plaintiff's Complaint is barred by the legal doctrine of laches.

**SIXTH DEFENSE**

232.  Plaintiff's Complaint is barred by the legal doctrine of unclean hands.

**SEVENTH DEFENSE**

233.   Plaintiff's Complaint is barred by the legal doctrine of waiver/estoppel, release, knowledge, acquiescence and ratification.

**EIGHTH DEFENSE**

234.  Plaintiff's Complaint is barred by the legal doctrine of unjust enrichment.

**NINETH DEFENSE**

235.   Plaintiff's Complaint is barred by reason of Plaintiff's own course of dealings, actions and/or failures to act.

**TENTH DEFENSE**

236.  Plaintiff's Complaint is barred by reason of a failure to mitigate damages.

**ELEVENTH DEFENSE**

237.   Plaintiff's Complaint is barred as Plaintiff has specifically waived, relinquished, foregone, and otherwise released the remedies that she seeks in her Complaint.

**TWELFTH DEFENSE**

238.  Plaintiffs' claims are barred by reason of Federal and Ohio case law.

## THIRTEENTH DEFENSE

239.     Plaintiff's Complaint is barred by reason of all applicable affirmative defenses pursuant to FRCP 8(c) and FRCP 12, which are incorporated herein.

## FOURTEENTH DEFENSE

240.     Defendant reserves the right to amend its Answer to include any further defenses that it may uncover during discovery, or to add any other party to this action.

## FIFTEENTH DEFENSE

241.     Plaintiff may not be the party of interest with respect to some or all of the claims raised.

**WHEREFORE**, Defendant Green Tree Servicing LLC and Everbank having fully answered Plaintiff's Complaint, respectfully request this Court to dismiss Plaintiff's Complaint and award it reasonable costs associated with answering Plaintiff's Complaint.

Respectfully submitted,

/s/ David J. Demers
David J. Demers (0055423)
Michelle L. Polly-Murphy (0072091)
Cooke Demers, LLC
260 Market Street, Suite F
P.O. Box 714
New Albany, Ohio 43054
614-939-0930
614-939-0987 facsimile
ddemers@cdgattorneys.com
mpolly-murphy@cdgattorneys.com
Counsel for Green Tree Servicing LLC &
Everbank

## **JURY DEMAND**

Defendant, Green Tree Servicing LLC, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demands a trial by jury on all issues so triable.

/s/ David J. Demers
David J. Demers (0055423)

## **CERTIFICATE OF SERVICE**

This is to certify that true and exact copies of the foregoing Amended Answer of Defendant has been served upon:

Audrey J. Balint, Esq.
700 Stonehenge Parkway
Suite 2B
Dublin, Ohio 43017
Attorney for Plaintiff

via electronic mail on this 27th day of July, 2015.

/s/ David J. Demers
David J. Demers (0055423)
Michelle L. Polly-Murphy (0072091)