UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JONNA WASHINGTON<br><br>    Plaintiff,<br><br>v.<br><br>EVERBANK<br>c/o CSC Lawyers Incorporating Service<br>(Corporate Service Company), et al,<br><br>    Defendants. | CASE NUMBER: 1:15cv00354<br><br>JUDGE: Susan J. Dlott<br><br>MAGISTRATE: Karen L. Litkovitz |

## ORDER GRANTING PLAINTIFF JONNA WASHINGTON'S MOTION FOR LEAVE TO FILE

For good cause shown, the Court hereby grants Plaintiff Jonna Washington's Motion for Leave to File Exhibit P to Plaintiff's Motion for Summary Judgment under seal.

*/s/ Karen L. Litkovitz*
UNITED STATES MAGISTRATE JUDGE

Approved:

Timothy J. Cook (0093538), Attorney for Plaintiff Jonna Washington
Andrew J. Gerling (0087605), Attorney for Plaintiff Jonna Washington

Copies to:

David J. Demers, Esq., Attorney for Defendant Everbank and Green Tree Servicing LLC
Michelle L. Polly-Murphy, Esq., Attorney for Defendant Everbank and Green Tree Servicing LLC

1