**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| JONNA WASHINGTON | Civil Action No.:  1:15-CV-00354 |
| Plaintiff, | |
| | Judge: Susan J. Dlott |
| v. | |
| | Magistrate Judge: Karen L. Litkovitz |
| Green Tree Servicing LLC, *et al.* | |
| Defendant. | |

**PLAINTIFF JONNA WASHINGTON'S MOTION FOR LEAVE TO CONDUCT
LIMITED DISCOVERY AND REQUEST FOR A STATUS CONFERENCE**

Due to the Magistrate Judge's Report and Recommendation, Doc. No. 73, Ms.

Washington respectfully request leave of this Court to conduct limited discovery on the issue of

Ditech Financial LLC's financial status as it relates to her fraud claim and request for punitive

damages. Ms. Washington also requests that a status conference be set for the parties to discuss

an updated scheduling order and any concerns Defendant may have with discovery related to

financial information.

Respectfully Submitted,

DOUCET & ASSOCIATES CO., LPA

/s/ Timothy J. Cook
Timothy J. Cook (0093538)
Andrew J. Gerling (0087605)
Attorneys for Plaintiff Jonna Washington
700 Stonehenge Parkway, Suite 2B
Dublin, OH  43017
(614) 944-5219 PH
(818) 638-5548 FAX
Timothy@Doucet.Law
Andrew@Doucet.Law

## MEMORANDUM IN SUPPORT OF MOTION

In the interest of judicial economy, Ms. Washington now requests that the court allow discovery on Defendant's financial information given the recent Report and Recommendation, RE 73.  This Court has determined Ms. Washington's fraud claim is a matter for the jury to determine, and there is a pending claim for punitive damages related to the fraud claim. Importantly, Ohio case law lists financial status as a relevant factor among many others to be used by the jury to determine the proper amount of punitive damages.  *Myer v. Preferred Credit, Inc.*, 117 Ohio Misc.2d 8, 2001-Ohio-4190, 766 N.E.2d 612, ¶¶ 66-68 (C.P.). The Southern District of Ohio has stated that "since the Plaintiff seeks to recover punitive damages on behalf of the aggrieved persons, evidence of the financial condition of the Defendants is highly relevant in this litigation." *United States v. Matusoff Rental Co.,* 204 F.R.D. 396, 399 (S.D.Ohio 2001)

Also, evidence of a Defendant's financial status can be discovered prior to a liability determination as long as a protective order is used.   *Id.* at 401. ("Plaintiff is entitled to reasonable discovery regarding the Defendants' financial condition. However, that discovery should be conducted only in accordance with a protective order which limits the disclosure of such information.").

In *Matusoff*, the court allowed the Plaintiff to obtain discovery on financial status before a determination of liability as to punitive damages. *Id.*  The court stated "resolving liability and damages in separate trials, in the manner as ordered by the Court, will avoid the possibility of prejudice that could result from the introduction of evidence (such as the financial condition of the Defendants) which, although relevant on the issue of punitive damages, is irrelevant on liability." *Id.*

Ms. Washington respectfully request that this Court allow leave to conduct limited discovery on the issue of Defendant's financial status for 90 days from the date of this court's ruling on this motion. Ms. Washington also requests that this Court set a status conference so the parties may discuss the appropriate scope of the discovery, and to discuss affirmative dates on the amended calendar order, Doc. No. 49.


Respectfully Submitted,

DOUCET & ASSOCIATES CO., LPA


/s/ Timothy J. Cook
Timothy J. Cook (0093538)
Andrew J. Gerling (0087605)
Attorneys for Plaintiff Jonna Washington
700 Stonehenge Parkway, Suite 2B
Dublin, OH  43017
(614) 944-5219 PH
(818) 638-5548 FAX
Timothy@Doucet.Law
Andrew@Doucet.Law

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2017, I caused this document to be electronically filed with the Clerk of Courts by using the ECF System, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt, pursuant to Fed.Civ.R. 5(b)(3) and Loc.R. 5.2(b):

David J. Demers, Esq.
Michelle L. Polly-Murphy, Esq.
Cooke Demers, LLC
260 Market Street, Suite F
New Albany, Ohio 43054
ddemers@cdgattorneys.com
mpolly-murphy@cdgattorneys.com
*Counsel for Everbank and Green Tree Servicing LLC*

/s/ Timothy J. Cook
Timothy J. Cook (0093538)