IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jonna Washington, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:15cv354 |
| | : Judge Susan J. Dlott |
| Green Tree Servicing LLC, et al., | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 5, 2017 a Report and Recommendation (Doc. 73). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 77).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for summary judgment (Doc. 52) is GRANTED. Defendants' motion for summary judgment (Doc. 54) is DENIED.

This matter will proceed to trial on plaintiff's fraud claim and to determine the amount of damages for her RESPA and FDCPA claims.

Plaintiff filed a motion for leave to conduct discovery and to request a status conference (Doc. 74). Therefore, this case is set for a status/scheduling conference on July 20, 2017 at 10:00 AM in Room 227 in the Potter Stewart Courthouse, 100 East Fifth Street, Cincinnati, OH

45202 before Judge Susan J. Dlott.

IT IS SO ORDERED.

                                                            ___s/Susan J. Dlott_____
                                                            Judge Susan J. Dlott
                                                            United States District Court